UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUE YANG,<br><br>   Petitioner,<br><br>v.<br><br>D.L. RUNNELS, Warden, et al.,<br><br>   Respondents. | 1:05-cv-01262-OWW-DLB-HC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 25)<br><br>**ORDER GRANTING MOTION TO DISMISS** (Doc. 16)<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**ORDER DIRECTING CLERK TO CLOSE ENTIRE ACTION** |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On April 27, 2006, the Magistrate Judge filed Findings and Recommendations that Respondent's motion to dismiss be GRANTED, that the Petition for Writ of Habeas Corpus be DISMISSED, with prejudice, and that the Clerk of Court be directed to close this action in its entirety.  These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order.  On June 6, 2006, Petitioner filed objections to the Findings and Recommendations.  (Court Doc. 26.)

1    In accordance with the provisions of 28 U.S.C. § 636

2 (b)(1)(C), this Court has conducted a *de novo* review of the case.

3 Having carefully reviewed the entire file, including Petitioner's

4 objections, the Court concludes that the Magistrate Judge's

5 Findings and Recommendations are supported by the record and proper

6 analysis.  Petitioner's objections present no grounds for

7 questioning the Magistrate Judge's analysis.

8    Accordingly, IT IS HEREBY ORDERED that:

9    1.   The Findings and Recommendations, filed April 27, 2006,

10 are ADOPTED IN FULL;

11    2.   Respondent's motion to dismiss, filed March 8, 2006, is

12 GRANTED;

13    3.   The Petition for Writ of Habeas Corpus is DISMISSED, with

14 prejudice; and,

15    4.   The Clerk of Court CLOSE this entire action.

16 IT IS SO ORDERED.

17 **Dated:   June 24, 2006**                    **/s/ Oliver W. Wanger**
   emm0d6                          UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

2