

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
JUL 1 4 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

CHUE YANG,

vs.

D. L. RUNNELS, etc.,

_____/

**ORDER RE: CERTIFICATE OF APPEALABILITY**

CV-F-05-1262 OWW/DLB HC

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____   Granted for the following reason:

_____

_____

_____

__X__   Denied for the following reason:
UNTIMELY AND UNTOLLED PETITION FOR
HABEAS CORPUS — 4 YEARS OUT OF TIME

_____

Dated:  7-74-06

_____
OLIVER W. WANGER
United States District Judge